AO 91 (Rev. 11/11)  Criminal Complaint

| LODGED<br>CLERK, U.S. DISTRICT COURT<br>09/22/2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___LM___ DEPUTY | # UNITED STATES DISTRICT COURT<br>for the<br>Central District of California | FILED<br>CLERK, U.S. DISTRICT COURT<br>09/23/2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___D. Brown___ DEPUTY |

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RICHARD DANIEL BONILLA | ) | Case No. 5:21-mj-00605 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 13, 2021** in the county of **Riverside** in the **Central** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Mail Theft |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

Gabriel Rodriguez, Postal Inspector/USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: September 23, 2021

*Judge's signature*

City and state: Riverside, California    Honorable Kenly Kiya Kato, Magistrate Judge
*Printed name and title*

*AUSA:* Christian Acevedo: x26922

**AFFIDAVIT**

I, Gabriel Rodriguez, being duly sworn, declare and state as follows:

**PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant for Richard Daniel Bonilla ("BONILLA") for a violation of Title 18, United States Code, Section 1708 (Mail Theft).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

**BACKGROUND OF U.S. POSTAL INSPECTOR GABRIEL RODRIGUEZ**

3. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since February 2016. I am currently assigned to the Los Angeles Division, San Bernardino Mail Theft Team, which investigates crimes against the United States Postal Service ("USPS") and crimes related to the misuse and attack of the mail system, including theft of United States mail, fraud, related activity in connection with access devices (including credit and debit

cards), identity theft, and violent crimes against the USPS or its employees.  I graduated from the USPIS's Federal Law Enforcement Training Academy in Potomac, Maryland.  In addition, I have received both formal and informal training from the USPIS regarding mail and identity theft investigations, and violent crimes investigations.

4.   Through my training and experience, I have learned that as a result of stealing mail or parcels, mail thieves can gain access to items such as checks, money orders, cash, and gift cards, as well as individuals' personal information, and use such information to commit bank fraud, check fraud, and access device fraud with credit cards and debit cards.

## SUMMARY OF PROBABLE CAUSE

5.   On August 13, 2021, at approximately 5:01 a.m., two suspects entered the Moreno Station Post Office ("Post Office") in Moreno Valley, California through a door which was inadvertently left unlocked because of a failure in the door's auto-lock mechanism.  One of the suspects (later determined to be BONILLA) then pried open two Post Office Boxes ("P.O. Boxes") with a screwdriver and put the contents into his pockets.  The suspects then ran out of the Post Office.  A few hours later, a USPS employee reported for work and discovered over ten boxes open.  The boxes were empty.  I reviewed video surveillance and obtained clear screenshots of one of the suspects' tattoos and a clear screenshot of his face.  After further investigation, I determined that these images are clearly images of BONILLA.

## STATEMENT OF PROBABLE CAUSE

### A. Moreno Valley Post Office Break-Ins

6. The Post Office is located at 28981 Alessandro Blvd. in Moreno Valley, California. This Post Office has been targeted by mail thieves several times in the last couple of years and more recently, was broken into on August 13, 2021, August 18, 2021, and August 19, 2021.[1] I reviewed surveillance footage from the August 13, 2021 break-in and learned the following:

   a. On August 13, 2021, at approximately 5:01 a.m., a suspect, later identified as BONILLA, approached the front door of the Post Office and quickly pulled the handle of the door in what appeared to be a test to see if the door was open.[2]

   b. Just a few minutes later, at 5:05 a.m., BONILLA entered the Post Office through the front door, which appeared unlocked, and walked into the P.O. Box lobby. At 5:07 a.m., a second unidentified suspect entered through the same door and also walked into the P.O. Box lobby. While inside, BONILLA kneeled and pulled a sticker off the floor of the Post Office and unsuccessfully attempted to cover the surveillance video camera with it. BONILLA then crouched under a desk, in an

---

[1] I reviewed surveillance video from the August 18 and August 19 break-ins, but the suspects in those videos utilized face coverings and bulky clothing, making identification difficult. To date, I have not identified the suspects in those break-ins.

[2] Ordinarily, this door is magnetically locked by a timer. The door is supposed to be locked between the hours of 6:00 p.m. and 6:00 a.m. The lock at this Post Office has been known to malfunction in recent weeks, having been the subject of numerous maintenance requests.

apparent attempt to avoid detection from vehicles driving on the nearby street. BONILLA then pulled what appeared to be a long screwdriver from one of his pockets and pried open several P.O. Boxes. The video shows BONILLA prying where P.O. Box numbers 312 and 313 are located and it appears BONILLA is putting the contents of the boxes inside his sweatshirt pockets, but due to the angle of the surveillance camera, the video does not capture BONILLA's hands.

      c. The second suspect stayed outside of camera view most of the time and was only captured on video surveillance coming in and out of the front door. The surveillance video did not capture the second suspect's face. The second suspect, though out of camera view, would have been in a section of the P.O. Box lobby where boxes numbered 400 to 600 are located. At no time did the second suspect approach P.O. Box number 312 or 313. The two suspects ran out of the Post Office at 5:08 a.m. and nobody entered the Post Office again until 7:52 a.m.

      d. The surveillance video continued to run until 7:52 a.m., when Person A, a USPS employee, is seen reporting for work.

    **B.  Post Office Employees Discover Broken P.O. Boxes**

  7. The Post Office is small and somewhat remote. Accordingly, the Post Office is exclusively run by two employees, Person A and Person B. Person A and Person B have been able to develop an intimate understanding of their customers' mail flow as a result of operating in a small office

with relatively few customers as compared to larger post offices.

8. On the morning of August 13, 2021, I was contacted by Person A to report the break-in. Person A told me of at least 10 different P.O. Boxes which were pried open and empty.[3] Two of these empty boxes were P.O. Boxes numbered 312 and 313. The remaining broken boxes were located in the section where boxes numbered 400 to 600 are housed. Person A used a USPS database to look up the customers associated with 312 and 313 and recalled that they were regular customers, whose P.O. Boxes had been filled with mail on a regular basis, and that the customer associated with 313 specifically, had mail sitting in that customer's box for some time leading up to August 13, 2021.

9. I contacted the customer associated with P.O. Box 312, Person C, and Person C told me that Person C checks P.O. Box 312 once per week and that when Person C does that, Person C regularly finds mail in P.O. Box 312. Person C also told me that it had been over a week since Person C had last checked P.O. Box 312. Person C does not know BONILLA and did not authorize BONILLA to open P.O. Box 312 or be in possession of Person C's mail.

10. I contacted the customer associated with P.O. Box 313, Person D, and Person D told me that Person D uses P.O. Box 313

---

[3] The P.O. Boxes' content is plainly visible and would have been apparent to the suspects since the boxes have windows on the front allowing customers to see whether they have mail or not. Further, the surveillance video shows that the Post Office lights were on, and the building was illuminated when the suspects broke in.

for Person D's small business, and that Person D receives several pieces of mail per week at the box. Person D had not been to the Post Office to check Person D's mail in at least two months and had recently received phone calls from the Post Office telling Person D to pick up Person D's mail because P.O. Box 313 was full. Person D also told me that Person D receives billing statements for Person D's Capital One credit card at the P.O. Box, and that on August 15, 2021, Person D received a notification from Capital One that fraudulent transactions had been detected on Person D's account. Person D does not know BONILLA and did not authorize BONILLA to open P.O. Box 313 or be in possession of Person D's mail.

    C.    **Identification of BONILLA**

11. The suspect whose face was captured on the August 13 video had distinct tattoos on the top of his hands and on his left knuckles, which became clearly visible when the suspect tried to cover the surveillance camera with a sticker. On August 25, 2021, I contacted Riverside County Sheriff's Department Analyst Brad Riesland, who has extensive knowledge of the area and access to several local law enforcement databases, to assist in identifying the suspect. I sent Riesland clear screenshots of the suspect from surveillance video, and Riesland made an identification shortly thereafter based on recent Riverside County booking photographs.

12. I reviewed three sets of Bonilla's booking photographs from August 2020, December 2020, and May 2021. The December 2020 and May 2021 sets show a set of tattoos on the top of both of

BONILLA's hands which are the same shape, color and size as the tattoos I saw on the top of the suspect's hands in the video. I also identified a set of tattoos in the December 2020 and May 2021 sets that are on BONILLA's left knuckles which are the same shape, color, and size as the left knuckle tattoos I saw on the suspect's hands in the video. All three sets of photographs show that BONILLA's body build, eyes, and facial structure are similar to the suspect in the video. Based on the matching tattoos and similarities in facial structure and body build, I believe the suspect in the video is BONILLA.

### D.     BONILLA's Criminal History

13. I used law enforcement databases to determine whether BONILLA has any history of criminal conduct. I determined that between 2018 and 2021, BONILLA has been arrested at least 14 times for drug offenses and property crime offenses. Of those, one has resulted in a felony conviction for possessing drugs for sale in 2019, and another resulted in a felony conviction for grand theft in July 2021.

**CONCLUSION**

14. Based on the foregoing facts, there is probable cause to believe that BONILLA has committed a violation of Title 18, United States Code, Section 1708 (Mail Theft).

/s/ pursuant to Fed. R. Crim. P. 4.1
GABRIEL RODRIGUEZ,
U.S. Postal Inspector

Subscribed to and sworn before me this 23rd day of September, 2021.

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE